UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GREGORY BRYANT-BEY, | ) | CASE NO. 1:05 CV 652 |
| | ) | |
| Plaintiff, | ) | JUDGE PAUL R. MATIA |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| KEITH WERNER, | ) | |
| | ) | |
| Defendant. | ) | |

This court having contemporaneously filed its Memorandum of Opinion and Order in this case, it is therefore ORDERED that this action is dismissed without prejudice pursuant to 42 U.S.C. §1997e. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

Date: May 4, 2005      /s/  Paul R. Matia
                       UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

A copy of the foregoing Judgment Entry was filed electronically this 4th day of May, 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Judgment Entry has also been

sent by regular mail this 4th day of May, 2005 to Gregory L. Bryant-Bey, A285890, MANCI, Mansfield Correctional Institution, 1150 N. Main, P.O. Box 788, Mansfield, OH 4490.

/s/ Paul R. Matia
UNITED STATES DISTRICT JUDGE